# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>E-GOLD, LTD | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 07-109-01<br>USM Number: None Assigned<br><br>Bernie Grimm, Esquire<br>Defendant's Attorney |

**FILED**
DEC 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   one and two of the superseding indictment on 7/21/08.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1956 | Conspiracy to Launder Monetary Instruments | December 2005 | One |
| 18 USC 371 | Conspiracy | December 2005 | Two |

The defendant is sentenced as provided in pages 2 through __10__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) all remaining counts as to this defendant is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 20, 2008
Date of Imposition of Judgment

/s/ Signature of Judge

Rosemary M. Collyer | U.S. District Court Judge
Name of Judge | Title of Judge

12/15/08
Date

DEFENDANT: E-GOLD, LTD
CASE NUMBER: 07-109-01

Judgment—Page __2__ of __10__

# PROBATION

The defendant is hereby sentenced to probation for a term of:

36 months as to counts one and two of the superseding indictment, to be served concurrently.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Judgment in a Criminal Case / Sheet 4A — Probation
Case 1:07-cr-00109-RMC   Document 180   Filed 12/16/08   Page 3 of 6

DEFENDANT: E-GOLD, LTD
CASE NUMBER: 07-109-01

Judgment—Page 3 of 10

## ADDITIONAL PROBATION TERMS

The Court dissolves the Post Indictment Restraining Order against this defendant.

The corporation shall implement and maintain an effective compliance and ethics program that fully comports with the criteria set forth in the USSG 8B2.1, including, but not limited to, (a) retain an independent service (a consultant) to assist in establishing an appropriate anti-money laundering program and ensure compliance with money laundering laws.; (b) establish policies and procedures for prohibiting use of the E-Gold digital currency system, any and all businesses and entities associated with E-Gold digital currency system, for criminal activity and to publicize those procedures in its User Agreement; (c) establish procedures for verifying customer identification; (d) ensure compliance of the E-Gold digital currency system with all applicable regulations of the Department of Treasury, Office of Foreign Assets Control (OFAC); and (e) submit to supervision by the Internal Revenue's Bank Secrecy Act Division for the next three years.

The Corporation agrees that it, its employees, and its directors shall not make any public statement contradicting any statement of fact contained in the Statement of Offense or any other provisions of the plea agreement for a period of three years.

The defendant shall provide the Probation Office with its personal income tax returns, authorization for release of credit information, and any other business or financial information in which it has a control or interest, until all financial sanctions are paid in full.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

The defendant has the right to appeal the sentence imposed by this Court. If the defendant chooses to appeal, the defendant must do so within 10 days after the Court has entered judgment in this case.

DEFENDANT: E-GOLD, LTD
CASE NUMBER: 07-109-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ $300,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: E-GOLD, LTD
CASE NUMBER: 07-109-01

Judgment—Page  5  of  10

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The special assessment fee is due immediately and shall be paid to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, the defendant shall notify the Clerk of the Court for the US District Court, District of Columbia, of the change until such time as the financial obligation is paid in full.

The defendants are ordered to pay a joint fine in the amount of $300,000.00. The first payment of $10,000.00, to be paid on Monday, November 24, 2008. Further payments will be suspended until May 2009. Beginning in May 24, 2009, the defendants shall submit payments of $10,000.00 on the 24th of each month until the terms of the fine have been satisfied.

DEFENDANT: E-GOLD, LTD
CASE NUMBER: 07-109-01

Judgment—Page 6 of 10

## ADDITIONAL FORFEITED PROPERTY

Gold & Silver Reserve, Inc. and E-Gold, Ltd agree to a criminal forfeiture in the form of a money judgment of $1,750,000.00. Gold & Silver Reserve, Inc. and E-Gold, Ltd will be jointly and severally liable for satisfaction of the money judgment.